# *Anne Rosenbach, Esq., PLLC*

3 DELT ROAD, MASSAPEQUA, NEW YORK 11758
(516) 795-7808         annerosenbach@gmal.com

**ATTORNEYS AND COUNSELORS AT LAW**

By ECF

August 25, 2021

The Honorable Lorna G. Schofield, United States District Judge
United States District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: **Bankruptcy Appeal of Gisele Bouillette Allard, Case No. 1:21-Civ-5981 (LGS)**

Dear Honorable Judge Schofield:

This firm represents Debtor-Appellant Gisele Bouillette Allard**,** ("Debtor-Appellant") in the above referenced appeal. I am writing to you with regard to Debtor-Appellant's Notice of Appeal dated June 29, 2021. Please be advised that the Debtor-Appellant herein withdraws her appeal.

Should you have any questions, please do not hesitate to contact me.

Respectfully,

*Anne Rosenbach, Esq.* /s/
Anne Rosenbach, Esq.

Cc:     (Via E-Mail)

WINDELS MARX LANE & MITTENDORF, LLP
Attorneys for Alan Nisselson, Chapter 7 Trustee
156 West 56th Street
New York, NY 10019
212.237.1199
By: Leslie Barr, Esq. E-Mail: LBarr@WindelsMarx.com

OFFIT KURMAN, P.A.
Attorneys for Creditor 50 East 126th Street Realty LLC
590 Madison Avenue, 6th Floor
New York, NY 10022
E-Mail(s): bmarx@offitkurman.com; usheikh@offitkurman.com; apetrakov@offitkurman.com
By: Albena Petrakov, Esq. and Umar A. Sheikh, Esq.

OFFICE OF THE UNITED STATES TRUSTEE
33 Whitehall Street
21st Floor
New York, NY 10004
E-Mail: Greg.Zipes@usdoj.gov
By: Greg M. Zipes, Esq.